No. 98–7243.  WILLIAMS *v.* MCFADDEN, WARDEN, ET AL. C. A. 9th Cir.  Certiorari denied.

No. 98–7244.  VARNADORE *v.* JARVIS, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION.  C. A. 4th Cir.  Certiorari denied.

No. 98–7255.  RICHARDSON *v.* SAUNDERS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 98–7258.  NICHOLS *v.* TEXAS.  Ct. App. Tex., 12th Dist. Certiorari denied.

No. 98–7260.  MASON *v.* NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 2d Cir.  Certiorari denied.

No. 98–7265.  ANDERSON *v.* LEMASTER, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 98–7266.  CHASE *v.* MOYER.  Sup. Ct. Del.  Certiorari denied.

No. 98–7267.  BRANCATO *v.* ST. LOUIS COMMUNITY COLLEGE AT FLORISSANT VALLEY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–7269.  SUNIGA *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 98–7274.  CHAIDEZ *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 98–7276.  BURKE *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 98–7278.  BENTLEY *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–7283.  WILLIAMS *v.* FRENCH, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7284.  THOMAS *v.* HARGETT, WARDEN.  C. A. 10th Cir. Certiorari denied.